UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 18-10674 MWF (FFMx)** | Date: February 20, 2019 |
| Title **Carmen John Perri v. Ocha Restaurant, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on December 27, 2018. (Docket No. 1). On February 4, 2019, Plaintiff filed Proofs of Service of the Summons, Complaint, Civil Case Cover Sheet, Certification and Notice of Interested Parties, and ADA Disability Access Litigation Packet on Defendants Sunset Strip Center LLC and Ocha Restaurant on January 28, 2019, requiring responses to the Complaint no later than February 19, 2019.

The Court orders Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **March 8, 2019**.

- ■ BY DEFENDANTS: RESPONSES TO THE COMPLAINT ("Response") or APPLICATIONS FOR STAY AND EARLY MEDIATION ("ADA Application") by all Defendants who have been served.

    OR

- ■ BY PLAINTIFF: DEFAULT APPLICATIONS for any Defendants who have not timely responded to the Complaint or filed an ADA Application.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 18-10674 MWF (FFMx)** | Date: February 20, 2019 |
| Title | **Carmen John Perri v. Ocha Restaurant, et al.** | |

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm